**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 437 EAL 2018

Respondent   :

  :    Petition for Allowance of Appeal from
  :    the Order of the Superior Court

v.   :

DOMENICK WASHINGTON,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.